IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NETWORK ACCELERATION TECHNOLOGIES, LLC

Plaintiff,

v.

HUGHES NETWORK SYSTEMS, LLC

Defendant.

Civil Action No. 13-1262-LPS

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties in this case stipulate and agree that the parties hereby voluntarily dismiss all claims and counterclaims in this action, without prejudice, and each party will bear its own attorneys' fees and costs.

DATED: May 22, 2014

Respectfully submitted,

*/s/ Francis DiGiovanni*
Francis DiGiovanni (#3189)
Thatcher A. Rahmeier (#5222)
NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Tel: 302-658-9141
Email: frank.digiovanni@novakdruce.com
Email: thatcher.rahmeier@novakdruce.com

*Attorneys for Defendant*
*Hughes Network Systems, LLC*

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Tel: 302-999-1540
Email: stamoulis@swdelaw.com
Email: weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*Network Acceleration Technologies, LLC*